**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL DIETZ**<br><br>**v.**<br><br>**LIBERTY MUTUAL INSURANCE COMPANY** | **No. 2:20-cv-1239-MMB** |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 22nd day of June, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Count III–Bad Faith, (ECF 3), Plaintiff's opposition, (ECF 5), Defendant's reply, (ECF 8), and Plaintiff's sur-reply, (ECF 11), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.  Count III of Plaintiff's Complaint is **DISMISSED** without prejudice and with leave to file an amended complaint within thirty (30) days.

**BY THIS COURT:**

s/ Michael M. Baylson
**MICHAEL M. BAYLSON
United States District Court Judge**

O:\CIVIL 20\20-1239 Dietz v Liberty Mutual\20cv1239 Order re Motion to Dismiss