# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL DIETZ**<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY** | **No. 20-1239** |

## ORDER

**Baylson, J.**                                                                     **December 30, 2020**

Upon consideration of Defendant's Motion to Dismiss Count III (Bad Faith) of Plaintiff's Amended Complaint, and Plaintiff's Response in Opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Count III is dismissed with prejudice.

**BY THE COURT:**

**s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J**